## UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                         MDL No. 2804

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO −15)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d_ (J.P.M.L. 2017). Since that time, 343 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Mar 20, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that this instrument is a true and correct copy of the original on file in my office. Attest: Sandy Opacich, Clerk
U.S. District Court
Northern District of Ohio
By:  /s/Robert Pitts
Deputy Clerk



IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                    MDL No. 2804

## SCHEDULE CTO−15 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **GEORGIA MIDDLE** | | | |
| GAM | 3 | 18−00027 | OGLETHORPE COUNTY GEORGIA v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| **GEORGIA NORTHERN** | | | |
| GAN | 4 | 18−00052 | City of Rome et al v. Purdue Pharma L.P. et al |
| **GEORGIA SOUTHERN** | | | |
| GAS | 2 | 18−00023 | City of Brunswick, Georgia v. Amerisourcebergen Drug Corporation et al |
| GAS | 4 | 18−00042 | Chatham County, Georgia v. Amerisourcebergen Drug Corporation et al |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 18−01639 | City Of Chicago v. Cardinal Health, Inc. et al |
| **INDIANA NORTHERN** | | | |
| INN | 3 | 18−00169 | LaPorte County v. Purdue Pharma LP et al |
| **LOUISIANA WESTERN** | | | |
| LAW | 3 | 18−00262 | Williams v. Purdue Pharma L P et al |
| LAW | 3 | 18−00264 | Philley v. Purdue Pharma L P et al |
| **MISSISSIPPI SOUTHERN** | | | |
| MSS | 2 | 18−00036 | Clarke County, Mississippi v. Purdue Pharma, L.P. et al |
| MSS | 3 | 18−00143 | City of Philadelphia, Mississippi v. Purdue Pharma L.P. et al |
| **MISSOURI EASTERN** | | | |
| MOE | 4 | 18−00352 | Wood v. Purdue Pharma L.P. et al |

NORTH CAROLINA EASTERN

| | | | |
|---|---|---|---|
| NCE | 4 | 18−00044 | Beaufort County v. AmerisourceBergen Drug Corporation et al |

NORTH CAROLINA MIDDLE

| | | | |
|---|---|---|---|
| NCM | 1 | 18−00157 | RANDOLPH COUNTY v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| NCM | 1 | 18−00158 | PERSON COUNTY v. AMERISOURCEBERGEN DRUG CORPORATION et al |

NORTH CAROLINA WESTERN

| | | | |
|---|---|---|---|
| NCW | 5 | 18−00039 | Caldwell County v. AmerisourceBergen Drug Corporation et al |

OHIO SOUTHERN

| | | | |
|---|---|---|---|
| OHS | 1 | 18−00150 | Hamilton County Board of County Commissioners v. AmerisourceBergen Drug Corporation et al |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| ~~PAE~~ | ~~2~~ | ~~18−00952~~ | ~~THE CITY OF NEW CASTLE v. PURDUE PHARMA L.P. et al~~   Vacated 3/20/18 |

SOUTH CAROLINA

| | | | |
|---|---|---|---|
| SC | 0 | 18−00636 | Lancaster County South Carolina v. Amerisourcebergen Drug Corporation et al |

TENNESSEE EASTERN

| | | | |
|---|---|---|---|
| TNE | 3 | 18−00083 | Scott County, Tennessee v. Purdue Pharma LP et al (JRG1) |

TEXAS NORTHERN

| | | | |
|---|---|---|---|
| TXN | 3 | 18−00518 | County of Tarrant v. Purdue Pharma LP et al |

WASHINGTON WESTERN

| | | | |
|---|---|---|---|
| WAW | 3 | 18−05173 | Port Gamble S'Klallam Tribe et al v. Purdue Pharma L.P. et al |

WEST VIRGINIA SOUTHERN

| | | | |
|---|---|---|---|
| WVS | 2 | 18−00370 | The City of Saint Albans, West Virginia v. Amerisourcebergen Drug Corporation et al |
| WVS | 2 | 18−00385 | Salmons et al v. Purdue Pharma L.P. et al |

WISCONSIN EASTERN

WIE	2	18−00360	Barron County et al v. Purdue Pharma LP et al